FELIX T. BOYLAN, Respondent, v. FOREMOST MACHINE BUILDERS, INC., Appellant.— The center of gravity of this transaction may have been that plaintiff's commission was to be paid for services to be rendered by him in the performance, rather than in the procurement, of this Government contract. A trial is necessary. Defendant's motions for judgment on the pleadings and for summary judgment were properly denied. Order unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

RITA McQUADE, Respondent, v. ARTHUR J. McQUADE, Appellant.— Determination of the Appellate Term unanimously reversed, with $20 costs and disbursements to the appellant, and the order and judgment of the City Court reinstated. The prior separation decree prescribes the method for disposition of the earnings of the parties' daughter, including expressly reimbursement for expenses incurred in connection with the child. This determination is of course not on the merits of the items claimed, and is without prejudice to any application at the foot of the decree which respondent may be advised to make. Present — Peck, P. J., Cohn, Van Voorhis and Breitel, JJ.

HERMAN GLUCKMAN, Appellant, v. SHERMAN S. KRELLBERG, Individually and as Administrator of the Estate of ALFRED S. KRELLBERG, Deceased, et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See 282 App. Div. 668.]

SOLOMON S. GOLDSMITH, Respondent, v. PHILIP HANDELMAN et al., Individually and as Copartners Doing Business under the Name of HANDELMAN & IVES, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *post*, p. 1030.]

LOUIS L. ROGERS, Appellant-Respondent, v. HUGO F. JABURG, Respondent-Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *post*, p. 1029.]

WEST MILL CLOTHES, INC., Respondent, v. INDIVIDUAL UNDERWRITERS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn and Callahan, JJ.

SAMUEL NARINS, Respondent, v. COMMERCIAL TRADING COMPANY, Appellant. —Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ. [Order denied motion for summary judgment.]